NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-17

STATE OF LOUISIANA

VERSUS

RUSSELL LIPPMAN

**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CATAHOULA, NO. 01-0891
HONORABLE RONALD L. LEWELLYAN, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of John D. Saunders, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

CONVICTION AFFIRMED; SENTENCE VACATED;
AND REMANDED FOR RESENTENCING.

Hon. John Frederick Johnson
District Attorney, 7th JDC
4001 Carter St., Suite 9
Vidalia, La 71373
(318) 336-5526
Counsel for State/Appellee:
  State of Louisiana

**George Lewis Higgins III**
**Attorney at Law**
**P. O. Box 3370**
**Pineville, LA 71361-3370**
**(318) 473-4250**
**Counsel for Defendant/Appellant:**
  **Russell Lippman**

**Bradley Rex Burget**
**Assistant District Attorney, 7th JDC**
**P. O. Box 277**
**Jonesville, LA 71343**
**(318) 339-8526**
**Counsel for State/Appellee:**
  **State of Louisiana**